FILED
CLERK, U.S. DISTRICT COURT

APR 2 1 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENDO PHARMACEUTICALS, INC., <br><br> Plaintiff <br><br> vs. <br><br> KUMAR PATEL, <br><br> Defendant. | CASE NO.: CV 06-2251 SVW (RCx) <br><br> NEW CASE ORDER |

This case has been assigned to the calendar of Judge Stephen V. Wilson. The Court fully adheres to Rule 1 of the Federal Rules of Civil Procedure which requires that the Rules be "construed to secure the just, speedy and inexpensive determination of every action."

Counsel should also be guided by the following special requirements:

1. The Plaintiff shall <u>promptly</u> serve the complaint in accordance with the Fed. R. Civ. P. 4 and file the proofs of service pursuant to Local Rule 5-3.

2. The attorney attending any proceeding before this Court <u>must</u> be the attorney who is primarily responsible for the conduct of the case.

///

///

DOCKETED ON CM

APR 2 1 2006

BY _____ 076

1  3. Motions: Motions shall be filed and set for hearing in accordance with

2  Local

3  Rule 7-4 through 7-8. Motions are heard on Mondays at 1:30 p.m., unless

4  otherwise

5  ordered by this Court. If Monday is a national holiday, this Court DOES NOT

6  hear

7  motions on the succeeding Tuesday. Any motions noticed for a holiday shall

8  automatically be set to the next Monday without further notice to the parties.

9  A. Page Limits: Memoranda of Points and Authorities in support of or in

10  opposition to motions shall not exceed 25 pages. Replies, thereto, shall not exceed

11

12  12 pages. These are maximum page limits. It is the Court's preference that the

13  pleadings be shorter. If it cannot be said briefly, then it is not a "brief."

14  B. Motions for Summary Judgment: Use of depositions.

15  Pursuant to Local Rule 32-1, no original or copy of a deposition shall be

16  lodged in support of a Motion for Summary Judgment (or other substantive

17  motion). Counsel shall file the pertinent excerpts of depositions as an exhibit or

18  supplement to said motion.

19  4. DISCOVERY: ALL DISCOVERY MATTERS HAVE BEEN

20  REFERRED TO A UNITED STATES MAGISTRATE JUDGE (see initial

21  designation in parenthesis following the case number) for the specific purpose of

22  hearing all discovery matters. Discovery disputes of a significant nature should be

23  brought promptly before the Magistrate Judge. The Court does not look favorably

24  upon delay resulting from unnecessarily unresolved discovery disputes. Any

25  discovery disputes that are not resolved three (3) weeks prior to the scheduled trial

26  date should be brought promptly and directly to the attention of this Court.

27  Counsel are directed to contact the clerk for the assigned Magistrate Judge to

28  schedule matter for hearing. The words DISCOVERY MATTER shall appear in

1 │ the caption of all documents relating to discovery to insure proper routing.

2 │     The decision of the Magistrate Judge shall be final and binding, subject to

3 │ modification by the District Court only where it has been shown that the

4 │ Magistrate Judge's order is clearly erroneous or contrary to law.

5 │     Within ten (10) days of an oral ruling which the Magistrate Judge indicates

6 │ will not be followed by a written ruling, or within ten (10) days of service upon

7 │ him/her of a written ruling any party may file and serve a motion for review and

8 │ reconsideration before this Court, specifically designating the portions of the

9 │ decision objected to and specifying wherein such portions of the decision are

10 │ clearly erroneous of contrary to law, with points and authorities in support thereof.

11 │ A copy of the moving papers and responses, etc., shall be delivered to the

12 │ Magistrate Judge's clerk for review upon the filing of said documents.

13 │     5. EX PARTE APPLICATIONS: Ex parte applications are considered on

14 │ the papers and are not set for hearing.  Counsel are advised to file and serve their

15 │ ex parte applications as soon as they realize that extraordinary relief is necessary.

16 │ Counsel are advised that this Court allows ex parte applications solely for

17 │ extraordinary

18 │  relief. Sanctions may be imposed for misuse of ex parte applications.  See In Re:

19 │ Intermagnetics America, Inc., 101 Bankr. 191 (C.D. Cal. 1989).  The requesting

20 │ party shall notify the responding party that opposing papers must be filed not later

21 │ than

22 │ 3:00 p.m. on the first business day succeeding the day the ex parte was served.

23 │ If counsel are not going to oppose the ex parte application, they must inform the

24 │ clerk at (213)894-2881. Counsel will be notified by the clerk of the Court's ruling.

25 │

26 │     6. TRIAL PREPARATION: This Court strives to set trial dates as early as

27 │ possible and does not approve of unnecessarily protracted discovery.  This Court

28 │ issues an "Order Re: Trial Preparation" upon the setting of a trial date.

1    7. CONTINUANCES: Continuances are granted only upon a showing of

2  good cause, particularly focusing upon evidence of diligent work by the party

3  seeking delay and of prejudice that may result from the denial of a continuance.

4  Counsel requesting a continuance MUST submit a <u>detailed</u> declaration as to the

5  reason.  Any continuances requested not accompanied by said declaration will be

6  rejected without notice to the parties.  The Court sets <u>firm</u> trial dates and will not

7  change them without good cause having been shown.

8    8. STIPULATIONS: NO stipulations extending scheduling dates set by this

9  Court are effective unless approved by this Court.  All stipulations must be

10  accompanied by a <u>detailed</u> declaration explaining the reason for the stipulation.

11  Any stipulation not in compliance with this Order or the Local Rules of the

12  Central District will automatically be rejected without notice to the parties.

13  Stipulations shall  be submitted well in advance of the relief requested.  Counsel

14  wishing to know whether or not a stipulation has been signed shall comply with

15  Local Rule 11-4.5.

16    9. NOTICE: Counsel for plaintiff, or plaintiff, if appearing on his or her

17  own  behalf, is required to promptly give notice of these requirements to the

18  opposing parties or their counsel.  If this case came to this Court via a Petition for

19  Removal, this burden falls to the removing defendant.

20    10. NOTICE OF REMOVAL: Any answers filed in state court <u>must</u> be re-

21  filed in this Court as a supplement or exhibit to the Notice.  If an answer has not,

22  as yet, been filed, said answer or responsive pleading shall be filed in accordance

23  with the Federal Rules of Civil Procedure and the Local Rules of the Central

24  District.  Any pending motions must be re-noticed according to Local Rule 7-4.

25    11. BANKRUPTCY APPEALS: Counsel shall comply with the ORDER

26  RE PROCEDURE TO BE FOLLOWED IN APPEAL FROM BANKRUPTCY

27  COURT issued at the time the appeal is filed in the District Court.  The matter is

28  considered submitted upon the filing of the appellant's reply brief.  No oral

1   argument is held unless by order of this Court.

2        12.  TRANSCRIPTS: Requests for transcripts shall be made in writing to

3   Court Reporters Department, U.S. Courthouse, 312 N. Spring St., 4th Fl., Los

4   Angeles, CA 90012.  The Court Reporter Department's telephone number is (213)

5   894-3015.  Arrangements for daily transcripts shall be made not later than five (5)

6   days prior to the hearing or trial to be transcribed.  Requests for daily transcripts

7   made on the day of the hearing/trial to be transcribed may not be honored; it shall

8   be at the discretion of the assigned court reporter.

9

10        Counsel representing the United States or one of its agencies shall present a

11   preauthorization purchase order when ordering transcripts.

12

13   Dated:  April 21, 2006

14                          STEPHEN V. WILSON
                           UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28