Paul N. Tauger (Bar No. 160552)
SCHNADER HARRISON SEGAL & LEWIS LLP
One Montgomery Street, Suite 2200
San Francisco, CA 94104-5501
Tel.: 415-364-6700
Fax: 415-364-6785
ptauger@schnader.com

Bruce A. McDonald, *pro hac vice*
SCHNADER HARRISON SEGAL & LEWIS LLP
2001 Pennsylvania Ave., N.W., Suite 300
Washington, D.C. 20006-1825
Tel.: 202-419-4235
Fax: 202-419-3454
bmcdonald@schnader.com

Attorneys for Plaintiff
ENDO PHARMACEUTICALS INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ENDO PHARMACEUTICALS INC., a Delaware corporation,

    Plaintiff,

vs.

KUMAR PATEL, a United Kingdom resident,

    Defendant.

Case No.: CV06-2251-GAF (AJWx)

FINAL JUDGMENT

Pursuant to this Court's Memorandum and Order Regarding Plaintiff's Motion for Default Judgment and Response to Order to Show Cause, dated March 8, 2007, it is hereby ORDERED that:

(1) Final judgment is hereby granted to Plaintiff on Count II of its Complaint for violation of the Anticybersquatting Consumer Protection Act ("ACPA"), Pub. L. No. 106-113, 113 Stat. 1501 (1999), codified at Section 43(d) of the Federal Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. § 1125(d).

(2) The Court being advised that the Internet domain name in dispute, ENDO-PHARMACEUTICALS.COM, was acquired by Plaintiff on or about February

Final Judgment
Case No. CV06-2251-GAF

1

20, 2007, after being relinquished by Defendant in apparent response to an adverse ruling by the United Kingdom court in *Pankajkumar Patel v. Endo Pharmaceuticals Inc. and Auxilium Pharmaceuticals Inc.*, Claim No. HC06C01125 (Royal Courts of Justice, Chancery Division), Plaintiff's request for a permanent injunction requiring Defendant to transfer that domain name to Plaintiff is hereby denied as moot.

(3) Defendant Kumar Patel is hereby ordered to pay to Plaintiff [~~Defendant~~] the sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00) in statutory damages pursuant to Section 43(d)(1)(C) of the Lanham Act, 15 U.S.C.S. § 1125(d)(1)(C).

(4) The remaining counts in Plaintiff's Complaint are hereby dismissed with prejudice and Plaintiff's request for permanent injunctive relief is accordingly denied.

(5) The parties shall bear their own costs and attorney fees.

3/20/07
Date

UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 19, 2007, a copy of the foregoing PLAINTIFF'S RESPONSE TO MEMORANDUM AND ORDER ENTERED MARCH 8, 2007, and accompanying proposed Final Judgment, were served by United States mail, first class postage prepaid, on Defendant at the following address:

Mr. Kumar Patel
    5 Stanborough House
    Wisbech
    Cambridgeshire
    PE14 9QB
    UNITED KINGDOM

_/s/ B.A. McDonald_

Bruce A. McDonald
Attorney
**SCHNADER HARRISON SEGAL & LEWIS LLP**

SCHNADER HARRISON SEGAL & LEWIS LLP
ONE MONTGOMERY STREET, SUITE 2200
SAN FRANCISCO, CA 94104-5501
(415) 364-6700
FAX: (415) 364-6785